# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: EDWARD A. BOTT & DIANE R. BOTT   Case Number: 05-76687
4120 RIGBY ROAD   SSN-xxx-xx-2505 & xxx-xx-8128
CRYSTAL LAKE, IL  60012

Case filed on: 10/13/2005
Plan Confirmed on: 1/27/2006

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $31,540.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 1,800.00 | 1,800.00 | 1,800.00 | 0.00 |
|  | Total Legal | 1,800.00 | 1,800.00 | 1,800.00 | 0.00 |
| 003 | ASSOCIATED RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAVALRY PORTFOLIO SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ER SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | EDWARD A. BOTT | 0.00 | 0.00 | 640.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 640.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | DELL FINANCIAL SERVICES | 500.00 | 500.00 | 500.00 | 14.05 |
| 019 | GENERAL MOTORS ACCEPTANCE CORP | 13,213.05 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 13,713.05 | 500.00 | 500.00 | 14.05 |
| 002 | DELL FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | GENERAL MOTORS ACCEPTANCE CORP | 7,048.12 | 7,048.12 | 2,434.00 | 0.00 |
| 005 | CAVALRY PORTFOLIO SERVICES LLC | 993.31 | 993.31 | 343.03 | 0.00 |
| 007 | CAPITAL ONE | 21,352.71 | 21,352.71 | 7,373.95 | 0.00 |
| 008 | CAPITAL ONE | 2,235.98 | 2,235.98 | 772.17 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 20,746.86 | 20,746.86 | 7,164.72 | 0.00 |
| 010 | HOME DEPOT CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | MENARDS / HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MERRICK BANK | 3,302.43 | 3,302.43 | 1,140.46 | 0.00 |
| 013 | LVNV FUNDING LLC | 9,602.17 | 9,602.17 | 3,316.02 | 0.00 |
| 014 | PORTFOLIO RECOVERY ASSOCIATES | 5,500.10 | 5,500.10 | 1,899.41 | 0.00 |
| 015 | LVNV FUNDING LLC | 1,146.24 | 1,146.24 | 395.84 | 0.00 |
| 016 | LVNV FUNDING LLC | 4,704.33 | 4,704.33 | 1,624.59 | 0.00 |
| 017 | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | JAMES BOTT | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | HOPE BOTT | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ECAST SETTLEMENT CORPORATION | 565.39 | 565.39 | 195.24 | 0.00 |
|  | Total Unsecured | 77,197.64 | 77,197.64 | 26,659.43 | 0.00 |
|  | Grand Total: | 92,710.69 | 79,497.64 | 29,599.43 | 14.05 |

Total Paid Claimant:   $29,613.48
Trustee Allowance:     $1,926.52
Percent Paid Unsecured:   34.53

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008        By   /s/Heather M. Fagan